## Anna Kusak, Appellee, v. Frank Karnik et al., Appellees. Hart E. Baker, Appellant.

Gen. No. 42,383.

opinion filed May 2, 1944. Hart E. Baker, *pro se;* Marcus Levy, for appellee Anna Kusak; Ode L. Rankin, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.